UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROYCE D. SHYE, | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil No. 2:14-cv-00025 |
| v. | ) | Judge Sharp |
| | ) | |
| W.B. MELTON, SHANNON HARVEY, | ) | |
| and PATRICIA HENSLEY, | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 39), recommending that Defendant's Motion for Summary Judgment (Docket No. 30) be granted and that the action be dismissed with prejudice. Neither party has filed any objections to the Magistrate Judge's R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 39) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion for Summary Judgment (Docket No. 30) is hereby GRANTED;

(3) This action is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE